Brian S. King, #4610
Brent J. Newton, #6950
Samuel M. Hall, #16066
**BRIAN S. KING, P.C.**
420 East South Temple, Suite 420
Salt Lake City, UT 84111
Telephone: (801) 532-1739
Facsimile: (801) 532-1936
brian@briansking.com
brent@briansking.com
samuel@briansking.com

Attorneys for Plaintiff

THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| L.D., individually and on behalf of K.D., a minor,<br><br>Plaintiff,<br>vs.<br><br>UNITED HEALTHCARE INSURANCE COMPANY, UNITED BEHAVIORAL HEALTH, and the INSPERITY GROUP HEALTH PLAN,<br><br>Defendants. | **DECLARATION OF SAMUEL M. HALL**<br><br>Civil No. 1:21-cv-00121 – RJS – DBP<br><br>Judge Robert J. Shelby<br><br>Magistrate Judge Dustin B. Pead |

**DECLARATION OF SAMUEL M. HALL**

1. I am an attorney over the age of 18 years, a member in good standing of the Utah State Bar, am competent to provide this testimony and I have personal knowledge of the matter of which I testify.

2. I received my J.D. in 2016 from the S.J. Quinney School of Law at the University of Utah. I have practiced law continuously in the State of Utah since 2016.

1

3. I have represented ERISA participants at the district court level in Utah. I have drafted pleadings that have been filed in the district courts of several other states.

4. I am admitted to practice before the state and federal courts in Utah.

5. My current practice consists predominantly of representing ERISA plaintiffs in their denied health, long-term disability, and life insurance claims.

6. Before joining the law firm of Brian S. King, my billable rate for litigation matters was $255 per hour. My current hourly rate for representation of ERISA plaintiffs on a non-contingent fee basis is $325 per hour.

7. I keep track of the time for cases on which I work, including contingent fee cases. As indicated in the ledger of time and description of work provided following this page, I worked 27.2 hours on this matter.

8. The total hours for my work in this matter multiplied by the hourly rate I identified in this Declaration are $8,840.00.

9. I believe the time I put into the case was necessary to obtain the results we realized in the case and was reasonable and appropriate under the circumstances of this case.

10. I certify under penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. § 1746.

DATED this 26th day of September, 2023.

/s/ Samuel M. Hall
Samuel M. Hall

**Time records for Sam Hall in *J.S. and S.S. v. United Healthcare Ins. Co.*, Civil No. 2:21-cv-483:**

| | |
|---|---:|
| <u>01/21/2023</u>: Began drafting motion for summary judgment | 2.6 |
| <u>01/23/2023</u>: Continued drafting motion for summary judgment | 5.5 |
| <u>01/24/2023</u>: Continued drafting motion for summary judgment | 0.2 |
| <u>01/25/2023</u>: Finished drafting motion for summary judgment. | 3.8 |
| <u>01/27/2023</u>: Last revisions to motion for summary judgment. | 1.2 |
| <u>03/02/2023</u>: Drafted MSJ opposition. | 7.6 |
| <u>03/03/2023</u>: Last revisions to MSJ opposition. | 0.3 |
| <u>03/20/2023</u>: Research related to legal issue for MSJ reply. | 1.4 |
| <u>03/22/2023</u>: Began drafting MSJ reply. | 2.1 |
| <u>03/23/2023</u>: Finished drafting MSJ reply. | 1.2 |
| <u>03/24/2023</u>: Last revisions to MSJ reply. | 0.4 |
| <u>07/18/2023</u>: Prepared outline of arguments for MSJ hearing. | 0.9 |

**Total Hours Billed**: 27.2

**Total Cost @ $325/Hour Billing Rate:** $8,840.00